# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

Virgil Luke

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )  **Civil Action No.** 1:12-cv-00079 |
|  | ) |
|  | ) |
| APIM, LLC | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
APIM, LLC
c/o Benjamin Chui
1026 C St.
Hayward, CA 94541


**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Holly E. Dowd
Weisberg & Meyers, LLC
409A Wakefield Dr.
Charlotte, NC 28209


**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**



Date _____ **4/19/2012** _____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.** 1:12-cv-00079

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summmon for *(name of individual and title, if any)*
_APIM, LLC_
was received by me on *(date)* _May 1, 2012_ .

❏ **I personally served the summons on the defendant at**
**(place)**_____
**on (date)** _____ ; or

❏ **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❏ **I served the summons on** *(name of individual)* _Ivy Li_ ,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_APIM, LLC_ **on** *(date)* _May 2, 2012_ ; or

❏ **I returned the summons unexecuted because** _____ ; or

❏ **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date: _May 4, 2012_

_____
Server's signature

_Christiaan Gonzalez, Process Server_
**Printed name and title**