UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| VIRGIL LUKE | ) **CIVIL ACTION NO.** <br> ) 1:12-cv-00079-MR-DLH |
| Plaintiff, | ) |
| | ) **NOTICE OF SETTLEMENT** |
| vs. | ) |
| APIM, LLC | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

DATED this 16th day of October, 2012.

Respectfully submitted,

/s/ Holly E. Dowd
Holly E. Dowd (N.C. Bar No. 37533)
Weisberg & Meyers, LLC
409A Wakefield Dr.
Charlotte, NC 28209
(888) 595-9111 ext. 260
(866) 565-1327 (fax)

1

<hdowd@attorneysforconsumers.com>

ATTORNEYS FOR PLAINTIFF

*Please send correspondence to the address below*

Holly E. Dowd
***Weisberg & Meyers, LLC***
5025 N. Central Ave. #602
Phoenix, AZ 85012

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of District Court, using the electronic case filing system of the court. Copy of the foregoing was served on counsel of record below via the court's CM/ECF system on this 16th day of October, 2012.

Caren D. Enloe
Morris Manning & Martin, LLP
P.O. Box 12768
Research Triangle Park NC 27709

/s/ Holly E. Dowd
Holly E. Dowd (N.C. Bar No. 37533)
Weisberg & Meyers, LLC
409A Wakefield Dr.
Charlotte, NC 28209
(888) 595-9111 ext. 260
(866) 565-1327 (fax)
<hdowd@attorneysforconsumers.com>
ATTORNEYS FOR PLAINTIFF